

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

IN THE MATTER OF THE SEARCH OF
THE CELLULAR TELEPHONE ASSIGNED        Case No. 3:21-mj-00013
CALL NUMBER (304) 710-0914

## MOTION TO UNSEAL

Comes now the United States of America by Joseph F. Adams, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to unseal Application and Affidavit for a Search Warrant, the Search Warrant and the Return, including any attachments thereto.

Respectfully submitted,

LISA G. JOHNSTON
Acting United States Attorney


s/Joseph F. Adams
JOSEPH F. ADAMS
Assistant United States Attorney
WV State Bar No. 9620
845 Fifth Avenue
Room 209
Huntington, WV 25701
Telephone: 304-529-5799
Fax: 304-529-5545
E-mail: joe.adams@usdoj.gov